# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| RICHARD C. VICKERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CATHEDRAL PALMS RV & YEAR-ROUND MH PARK, *etc.*, *et al.*,<br><br>    Defendants. | CV 12-01737 TJH (DTBx)<br><br><br>Order |

    It is Ordered, Adjudged and Decreed that judgment be, and hereby is Entered in favor of Defendants Atlantis Endeavors, Corp. (erroneously sued as Cathedral Palms RV & Year-Round MHPark and aka and/or dba Revcon Motorcoach*)*, Diane Gregson and Bruce Howell and against Plaintiff Richard C. Vickerman.

    It is further Ordered, Adjudged and Decreed that Plaintiff shall take nothing and each party shall bear its own costs.

Date:  August 25, 2014

                                        _____
                                           Terry J. Hatter, Jr.
                                 Senior United States District Judge